UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DEVONNE SEWELL,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC, TRANS UNION LLC, and MERCEDES-BENZ FINANCIAL SERVICES USA LLC,

    Defendants.

Case No. 0:24-cv-60028-WPD

### ORDER OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY

THIS CAUSE is before the Court upon the Notice of Voluntary Dismissal Without Prejudice as to Defendant Equifax Information Services LLC ("Equifax") Only (the "Notice") [DE 27], filed herein on March 12, 2024. The Court has carefully reviewed the Notice [DE 27] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 27] is **APPROVED**;

2. Plaintiff's claims against Defendant Equifax are **DISMISSED WITH PREJUDICE**; and

3. There being no remaining Defendants, the Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, on this 12th day of March, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of record